# Travel Authorization

Authorized Traveler: **Bethany S. Stephens**

Authorized Travel Date: **August 27 - September 1, 2023**

Purpose of Travel: **2:22-CR-42 Stephanie Saldana Trial in Amarillo**

Case Number and Style: **2:22-CR-42 USA vs. Barrow and Saldana**

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel Service at 1-800-445-0668 (24 hours a day Monday - Friday) to request reservations and airline tickets. You must advise National Travel Service that your tickets are to be charged to the CJA account for the District Court for the Northern District of Texas. You may instruct National Travel Service where to deliver your ticket and you should request an e-ticket whenever possible.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by National Travel Service, must be attached to your voucher for audit purposes. Our internal accounting control number for this trip is Internal Control Number 06-CJAPANL-DS01.

Sincerely,

*[signature]*

U.S. District Judge

Date: Aug 23, 2023

cc: Richard Holt

## Travel Authorization

Authorized Traveler:      **Bethany S. Stephens**

Authorized Travel Date:   **September 5 - 8, 2023**

Purpose of Travel:        **2:22-CR-42 Stephanie Saldana Trial in Amarillo**

Case Number and Style:    **2:22-CR-42 USA vs. Barrow and Saldana**

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel Service at 1-800-445-0668 (24 hours a day Monday - Friday) to request reservations and airline tickets. You must advise National Travel Service that your tickets are to be charged to the CJA account for the District Court for the Northern District of Texas. You may instruct National Travel Service where to deliver your ticket and you should request an e-ticket whenever possible.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by National Travel Service, must be attached to your voucher for audit purposes. Our internal accounting control number for this trip is Internal Control Number 06-CJAPANL-DS01.

Sincerely,

*[signature]*

U.S. District Judge

Date: Aug 31, 2023

cc: Richard Holt